IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darryl Farmer, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -*vs*- | ) | No. 10-cv-5055 |
| | ) | |
| Dr. Gwendolyn Miles and Dr. Thomas, | ) | *(Judge Manning)* |
| | ) | *(Magistrate Judge Gilbert)* |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S NOTICE OF SERVICE

Notice is hereby given that plaintiff has this day served on defendant disclosures of the identity of the expert witnesses he intends to use at trial, including the materials required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

/s/  Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
(312) 427-3200
*attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard A. Tjepkema, CHARYSH & SCHROEDER, LTD., 33 North Dearborn Street, Suite 1300, Chicago, Illinois 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: NONE.

/s/ Kenneth N. Flaxman
_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)